United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 15, 2004**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

No. 03-41700

In The Matter Of:

URBANO ANZALDUA, JR.; SAN JUANA ANZALDUA,

Debtors,

URBANO ANZALDUA, JR.; SAN JUANA ANZALDUA,

Appellants,

versus

LPP MORTGAGE LTD.; PRAMCO II LLC.,

Appellees.

**Appeal from the United States District Court**
**for the Southern District of Texas**
**(7-03-CV-98)**

Before BARKSDALE, GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:*

 **AFFIRMED.** *See* 5TH CIR. R. 47.6.

---

 * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.